NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIGHTING BALLAST CONTROL LLC,**
*Plaintiff-Appellant,*

v.

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Defendant,*

AND

**UNIVERSAL LIGHTING TECHNOLOGIES, INC.,**
*Defendant-Appellee.*

---

2012-1015

---

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0029, Judge Reed O'Connor.

------------------------------------------------

---

**LIGHTING BALLAST CONTROL LLC,**
*Plaintiff-Appellee,*

v.

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Defendant,*

AND

## UNIVERSAL LIGHTING TECHNOLOGIES, INC.,
*Defendant-Appellant.*

---

2012-1014

---

Appeal from the United States District Court for the Northern District of Texas in case no. 09-CV-0029, Judge Reed O'Connor.

---

**ON MOTION**

---

**O R D E R**

Lighting Ballast Control, LLC moves to voluntarily dismiss its cross appeal no. 2012-1015, and for the due date of its principal brief to remain as March 16, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2012-1015 is granted. Appeal No. 2012-1015 is dismissed. The revised official caption in 2012-1014 is reflected above.

(2) Each side shall bear its own costs in 2012-1015.

(3) The motion concerning the due date for Lighting's brief is granted. The brief is due March 16, 2012.

FOR THE COURT

MAR 1 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jonathan T. Suder, Esq.
     Steven J. Routh, Esq.

s21

Issued As A Mandate (As To 2012-1015 Only):   MAR 1 6 2012

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 1 6 2012

**JAN HORBALY**
**CLERK**